JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA WHEATLEY,<br><br>                Plaintiff,<br><br>     v.<br><br>MASTERBRAND CABINETS,<br>INC.; DOES 1 through 100,<br>inclusive,<br><br>             Defendants. | CASE NO. 5:17-cv-00978-FMO-S<br><br>**ORDER ON STIPULATION [15]<br>DISMISSING ENTIRE ACTION<br>WITH PREJUDICE**<br><br><br>Action filed: December 15, 2016<br>Trial date:    July 3, 2018 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Based on the stipulation by and between plaintiff Erica Wheatley and defendant MasterBrand Cabinets, Inc. through their attorneys of record, this entire action is hereby dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1) .

IT IS SO ORDERED.


DATED:     February 7, 2018               _____/s/_____

                                         Honorable Fernando M. Olguin

                                         U.S. District Judge

LA:81770.1
/CASE NO. BC377800

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

CAPTION

DOCUMENT PRINTED ON RECYCLED PAPER